

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION

Cause number:       01-12-01108-CV

Style:       Telicia Owens

v. Krista G. Handyside, M.D., Samuel J. Prater, M.D., Kenneth A. Totz, D.O., FACEP, and

Memorial Hermann Hospital System d/b/a Memorial Hermann – Texas Medical Center

Date motion filed*:       May 8, 2015

Type of motion:       Motion for extension of time to file motion for rehearing and/or motion for en banc reconsideration

Party filing motion:       Appellees Krista G. Handyside, M.D. and Samuel J. Prater, M.D.

Document to be filed:       Motion for rehearing and/or motion for en banc reconsideration

Is appeal accelerated?       No

If motion to extend time:

       Original due date:       May 8, 2015

       Number of previous extensions granted:    0       Current Due date:  May 8, 2015

       Date Requested:       June 22, 2015

Ordered that motion is:

    ☑       Granted

          If document is to be filed, document due:  June 22, 2015

          ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐       Denied

    ☐       Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐       Other: _____

Judge's signature:   __/s/ Terry Jennings_____
          ☐ Acting individually    ☐ Acting for the Court

Panel consists of    _____

Date: May 11, 2015_____